
FILED
24 JAN -9 PM 12: 11
US DISTRICT COURT
EASTERN DIST. TENN.

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Eastern District of Tennessee |
|---|---|
| **Name** (under which you were convicted): Robert Seth Denton | **Docket or Case No.:** 3:24cv4 |
| **Place of Confinement:** Turney Center Industrial Complex | **Prisoner No.:** 00603028 |
| **Petitioner** (Include the name under which you were convicted) Robert Seth Denton | v. **Respondent** (authorized person having custody of petitioner) Cris Brun, Warden |
| **The Attorney General of the State of** TENNESSEE | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Sullivan County Criminal Court Second Judicial District Tennessee

   (b) Criminal docket or case number (if you know): _____

2. (a) Date of the judgment of conviction (if you know): January 23, 2019

   (b) Date of sentencing: January 23, 2019 (Life sentences) March 7, 2019 (other charges)

3. Length of sentence: Life without Parole x3 Plus 10 years

4. In this case, were you convicted on more than one count or of more than one crime? Yes [X]  No [ ]

5. Identify all crimes of which you were convicted and sentenced in this case: First Degree Murder x3; Aggravated Assault; Reckless Aggravated Assault; Reckless Endangerment

6. (a) What was your plea? (Check one)
   (1) Not guilty [X]    (3) Nolo contendere (no contest) [ ]
   (2) Guilty [ ]        (4) Insanity plea [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

    (c) If you went to trial, what kind of trial did you have? (Check one)

        Jury [X]    Judge only [ ]

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?

    Yes [ ]    No [X]

8. Did you appeal from the judgment of conviction?

    Yes [ ]    No [X]

9. If you did appeal, answer the following:

    (a) Name of court: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result: _____

    (e) Citation to the case (if you know): _____

    (f) Grounds raised: _____

_____

_____

_____

_____

_____

    (g) Did you seek further review by a higher state court? Yes [ ]    No [X]

    If yes, answer the following:

        (1) Name of court: _____

        (2) Docket or Case number (if you know): _____

        (3) Result: _____

_____

        (4) Date of result (if you know): _____

        (5) Citation to the case (if you know): _____

        (6) Grounds raised: _____

_____

_____

_____

    (h) Did you file a petition for certiorari in the United States Supreme Court? Yes [ ]    No [X]

    If yes, answer the following:

        (1) Docket or case number (if you know): _____

        (2) Result: _____

_____

   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
10. Other than direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning the judgment of conviction in any state court?   Yes ☐   No ☒
11. I your answer to Question 10 was "Yes," give the following information:
   (a)
      (1) Name of court: _____
      (2) Docket or case number (if you know): _____
      (3) Date of filing (if you know): _____
      (4) Nature of the proceeding: _____
      (5) Grounds raised: _____

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
          Yes ☐        No ☒
      (7) Result: _____
      (8) Date of the result (if you know): _____
   (b) If you filed any second petition, application, or motion, give the same information:
      (1) Name of court: _____
      (2) Docket or case number (if you know): _____
      (3) Date of filing (if you know): _____
      (4) Nature of the proceeding: _____
      (5) Grounds raised: _____

      _____
      _____
      _____
      _____
      _____
      _____
      _____
      _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        Yes ☐     No ☒

    (7) Result: _____

    (8) Date of the result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?
        Yes ☐     No ☒

    (7) Result: _____

    (8) Date of the result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1) First petition:    Yes ☐    No ☐

    (2) Second petition:   Yes ☐    No ☐

    (3) Third petition:    Yes ☐    No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
    _____I have been effectively denied access to these Courts by the actions taken by the State and my attorney. See the body of this petition._____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail

to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

**A. GROUND ONE:** I have been denied Due process of Law and my right to an appeal. Because there has been no ruling on my motion for new trial there is no remedy in Tennessee Courts to correct this violation.

**Supporting FACTS** (state *briefly* without citing cases or law):

On August 29th 2015 I was arrested on these charges. On January 23rd 2019 I was convicted. Shortly thereafter my attorney filed a Motion for New Trial. Five (5) years later that motion is still pending. The two (2) year delay of the Court to provide transcripts, the failure of my attorney to perfect this motion after transcripts were finally provided, and ultimately the inability of the Court to make a ruling in my case is a violation of due process insofar as this has effectively denied me my right to an appeal. At trial I testified that Curtis Rose, my grandfather, was the shooter and that after he killed the victims he then tried to kill me. There is no remedy available to compel a state judge to make a ruling in Tennessee and I can not appeal until the motion for new trial is ruled on. I have therefore exhausted my State Court remedies.

Even if a ruling were made in my favor today I would not be able to receive a fair trial due to the passage of time. It is my firm belief that this has been a deliberate tactic of the State of Tennessee to deny me a fair trial and cover the numerous mistakes made by the investigators and District Attorneys Office of Sullivan County. The case against me was not strong and relied upon disputed hearsay, irrelevant scientific evidence, and evidence found under questionable circumstances. I am actually innocent of these charges and it is my firm belief that the State and my attorney know this.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

    I have been denied access to said Courts, which is the nature of this complaint.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes [X]    No [ ]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    a. At preliminary hearing:

       Douglus Payne
       Attorney at Law
       401 W Irish Street

37743-4809

b.  At arraignment and plea:

   Douglus Payne
   Attorney at Law
   401 W Irish Street
   37743-4809

c.  At trial:

   Ricky A.W. Curtis
   Attorney at Law
   3229 Highway 126
   Blountville, TN 37617-4520

d.  At sentencing:

   Ricky A.W. Curtis
   Attorney at Law
   3229 Highway 126
   Blountville, TN 37617-4520

e.  On Appeal:

   N/A

f.  In any post-conviction proceeding:

   N/A

g.  On appeal from any adverse ruling in a post-conviction proceeding:

   N/A

16  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐   No ☒

   a.  If so, give name and location of court that imposed the other sentence you will serve in the future: _____

   b.  Give the date the other sentence was imposed: _____

   c.  Give the length of the other sentence: _____

   d.  Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐

17     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*     N/A

Therefore, petitioner asks that the Court grant the following relief: <u>That my conviction be over turned and my charges dismissed with prejudice; that Sullivan County Sheriff's Office and D.A.'s office be investigated for there conduct in my case; When misconduct is found that all relevant parties be prosecuted; Whatever other relief this Court may find just a proper.</u>

---

- The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    1. A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of –
        - (A). The date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
        - (B). The date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing such state action;
        - (C). The date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        - (D). The date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
    2. The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on January 3, 2024 (month, date, year).

Executed (signed) on 01/03/24 (date).

_____
Signature of Petitioner