UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ROBERT SETH DENTON, | ) | |
| *Petitioner*, | ) ) ) | Case No. 3:24-cv-4 |
| v. | ) ) | Judge Atchley |
| CHRIS BRUN, | ) ) | Magistrate Judge McCook |
| *Respondent*. | ) ) ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, Respondent's motion to dismiss the petition due to Petitioner's failure to first exhaust his state court remedies [Doc. 10] is **GRANTED**, and this prisoner's pro se petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability **SHALL NOT** issue. Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. Fed. R. App. P. 24(a). The Clerk is **DIRECTED** to close the file.

    **SO ORDERED**.

                                                                       */s/ Charles E. Atchley, Jr.*
                                                                        **CHARLES E. ATCHLEY, JR.**
                                                                        **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ LeAnna R. Wilson*
LeAnna R. Wilson
CLERK OF COURT